**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA, | Case No. 26-cv-01560 |
| Plaintiffs, | **Judge Sara L. Ellis** |
| v. | **Magistrate Judge Heather K. McShain** |
| HONGFANGDI ART, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs, Hyundai Motor Company and Hyundai Motor America ("Plaintiffs"), hereby

withdraw their Motion for Leave to File Under Seal [4].

Dated this 12th day of February 2026.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Hyundai Motor Company and
Hyundai Motor America*