# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HONGFANGDI ART,<br><br>　　　　Defendant. | Case No. 26-cv-01560<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hyundai Motor Company and Hyundai Motor America ("Plaintiffs") hereby dismisses this action without prejudice as to Hongfangdi art. With this dismissal, the above captioned case may be terminated.

Dated this 9th day of March 2026.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Justin T. Joseph
　　　　　　　　　　　　　　　　　　　　Trevor C. Talhami
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　jjoseph@gbc.law
　　　　　　　　　　　　　　　　　　　　ttalhami@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Hyundai Motor Company and Hyundai Motor America*