# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Hyundai Motor Company, et al.

                        Plaintiff,

v.                                              Case No.: 1:26−cv−01560

                                                          Honorable Sara L. Ellis

Hongfangdi art, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

        MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal [16], this case is dismissed without prejudice. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.